IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CHARLES AARON BROOKS | : | NO. 95-564-1 |

ORDER

AND NOW, this 29th day of July, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se petition of defendant Charles Aaron Brooks "For Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), 18 U.S.C. § 3582(c)(1)(B), and U.S.S.G. 1B1.13 C.M.T. N.1(D), (FSA)" (Doc. # 455) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                        J.