IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CHARLES AARON BROOKS | : | NO. 95-564-1 |

<u>ORDER</u>

AND NOW this 5th day of April, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Charles Aaron Brooks for a reduction in sentence (Doc. # 476) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.