IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CHARLES AARON BROOKS | : | NO. 95-564-1 |

<u>ORDER</u>

AND NOW, this 4th day of March 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se motion of defendant Charles Aaron Brooks for a reduction in sentence (Doc. # 533) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                J.