C.C. FILED
FEDERAL PUBLIC DEFENDERS OFFICE

TO: Ms. Colleen Bryant

CRIM. CASE NO 95-CR-564-01

Dear Honorable Attorney

I will send copy of the Certificate of Achievement that I Completed. Please Inform the Court. I will send Honorable Deputy Clerk A copy Original Okay. Send you a copy.

RECEIVED JUN 20 2024

6/12/24

Thank you Sincerely
Charles A. Brooks
49230066
P.O. Box 1034
Coleman, Fl
33521

See: Attached Exhibit

Certificate of Service

To: Honorable Deputy Clerk

please foreward a copy of document electronically to the Federal Public Defender Office. We are again locked down to

Lack of Staff - under staffing

C. Brooks
49230-066
P.O. Box 1034
Coleman, Fl
33521

6/12/2024

See: Attached Exhibit
certificate of Achievement.



# CROSSROADS

## CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

# Charles Brooks

HAS SUCCESSFULLY COMPLETED

## WHO ARE YOU?

June 4, 2024
Date

*Joseph Pryor*
Joseph Pryor
President & CEO, Crossroads



Charles Amon Brooks
49930066
Federal Correctional Complex
Coleman USP II
P.O. Box 1034
Coleman, Fl
33521

U.S. District Court
601 Market St
Phila, Pa 19106

TAMPA FL 335
SAINT PETERSBURG FL
17 JUN 2024 PM 4
DUE .68¢

RECEIVED JUN 20 2024

U.S.M.S. X-RAY