E.C. Filed

United States District Court
For the Eastern Pennsylvania

To: Honorable Deputy Clerk
To: Federal Public Defender Office

Criminal Case:
95-CR564-01

Respectfully, Federal Public Defender Office a true & correct copy of the Program Certificate Completed Anger Management should be placed on your File's. I Mail the Original to the Honorable Deputy Clerk and A Copy to Colleen Bryan of Federal Public Defender Office. Do to Under Staffing at Coleman USP II there is nobody hired in the Mailroom. The Mailroom Staff are unavailable destruction of mail, delay of Mail occured often.. To Assure It reach its destination.. Thanks Sincerely
6/25/2024      Charles Aaron Brooks
see: Attached    P.O. Box 1034
                 Coleman, Florida 33521

CERTIFICATE OF SERVICE

To: Honorable Deputy Clerk

Respectfully please provide Electronical copies to the all parties in Crim. Case # 95-CR564-01 the understaffing at Coleman USP II may delay mail, or loss of the mail. There be Nobody in Mail Room for weeks months. I did serve Federal Public Defender office

See: Attached Exhibit Certificate Anger Management!!!

Thanks Sincerely

Charles Aaron Brooks
49230-066
P.O. Box 1034
Coleman, Fl 33521

6/25/2024

# ACE Program

## This Certificate Recognizes that

# Charles Brooks

Has successfully completed the coursework required to pass the
USP-2 COLEMAN ACE Correspondence Course –
Anger Management

__06/24/2024__
Date

__M. Ortiz__
ACE Coordinator



Charles Brooks
49230 066
Federal Correctional
Complex
Coleman USP II
P.O. Box 1034
Coleman, Florida
33521

United States District
Court
601 Market Street
Phila, Pa 19106

RECEIVED JUL -1 2024

Completed Program Certificate inside.