IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CHARLES AARON BROOKS | : | NO. 95-564-1 |

ORDER

AND NOW, this 9th day of July 2024, it is hereby ORDERED that the request of pro se defendant Charles Aaron Brooks "that his defense counsel amend to add reduction of sentence for new amendment" (Doc. # 552) is DENIED as moot. Defendant does not have defense counsel and he does not currently have a motion for compassionate release before the court.

BY THE COURT:


/s/  Harvey Bartle III
                                                  J.