IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES AARON BROOKS | : | NO. 95-564-1 |

ORDER

AND NOW, this 9th day of July 2024, it is hereby ORDERED that the pro se request of defendant Charles Aaron Brooks for transfer to Terre Haute Penitentiary (Doc. # 555) is DENIED.

_____

The Federal Bureau of Prisons has jurisdiction to designate the place of a prisoner's imprisonment. 18 U.S.C. § 3621. The sentencing court has no authority to order a convicted defendant to be confined in a particular facility. United States v. Williams, 65 F.3d 301, 307 (2d Cir. 1995). Similarly, a convicted defendant cannot request that a sentencing court review the Bureau of Prison's decision to deny a prisoner's request to transfer to a different facility through a writ of habeas corpus. See Ganim v. Fed. Bureau of Prisons, 235 F. App'x 882, 883-84 (3d Cir. 2007).

BY THE COURT:

/s/  Harvey Bartle III
J.